**Entered on Docket**
**March 12, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 12, 2021

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Omer Kassa,<br><br>Debtor. | Case No. 20-51306 MEH<br><br>Chapter 11<br><br>Video Conference:<br>Date: March 25, 2021<br>Time: 10:00 a.m. |

### ORDER TO SHOW CAUSE

To Omer Kassa, Debtor:

    PLEASE TAKE NOTICE, that on March 25, 2021 at 10:00 a.m. a hearing will be held via Zoom video teleconference for the court to determine whether this case should be dismissed. Due to the Debtor's inability to confirm the proposed plan (Doc #41), and his lack of communication resulting in a withdrawal of counsel, the Court issued this order to show cause. Any reply should be filed on or before March 18, 2021. Creditor attendance is welcome, but not required.

    Information on how to access the hearing will be available at www.canb.uscourts.gov/judge/hammond/calendar. If there are any questions, please call (888) 821-7606 or use the LIVE CHAT feature on the court's website.

***END OF ORDER***

COURT SERVICE LIST

**Omer Kassa**

3712 Underwood Drive, Apt. #1

San Jose, CA 95117-2433

**All ECF Recipients**